Judge Kathleen Cardone

FILED
2011 SEP -7 PM 4:16
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ________ DEPUTY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF TEXAS**

**EL PASO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) **NO. EP-11-CR-**________________ |
| | ) |
| **vs.** | ) **<u>INDICTMENT</u>** |
| | ) |
| **OBINNA VINCENT UZOH** | ) **(Vio: 18:2422(b) - Attempted** |
| | ) **Coercion and Enticement** |
| | ) **EP11CR2203** |

THE GRAND JURY CHARGES:

**COUNT ONE**
**(18 U.S.C.2422(b) – Attempted Coercion and Enticement - Interstate Facility)**

Between on or about July 30, 2011 and August 16, 2011, in the Western District of Texas, and elsewhere, the defendant,

**OBINNA VINCENT UZOH,**

did use any facility of interstate and foreign commerce, to knowingly attempt to persuade, induce, entice and coerce any individual who had not attained the age of 18 years to engage in any sexual activity for which any person could be charged with an offense, all in violation of Title 18 United States Code Section 2422(b).

A TRUE BILL
ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

______________________________
FOREPERSON OF THE GRAND JURY

JOHN E. MURPHY
ACTING UNITED STATES ATTORNEY

BY: ______________________
Assistant United States Attorney