**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

FILED
2012 APR 3 PM 3:45
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______ DEPUTY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | **<u>INFORMATION</u>** |
| | § | |
| **v.** | § | **Cause No. EP-11-CR-2203-KC** |
| | § | |
| **OBINNA VINCENT UZOH,** | § | **Violations: Ct. 1 - 18 U.S.C. § 1505** |
| | § | **(Obstruction)** |

THE UNITED STATES ATTORNEY CHARGES:

**<u>COUNT ONE</u>**
**(18 U.S.C. § 1505 - Obstruction)**

Between on or about August 16, 2011 and September 1, 2011, in the Western District of Texas, defendant,

**OBINNA VINCENT UZOH,**

did corruptly obstruct and impede the due and proper administration of the law under which a pending criminal investigation proceeding involving violations of 18 U.S.C. 2422(b) was being had before the Department of Homeland Security, by instructing another to change the password to his yahoo email account, in violation of Title 18, United States Code, Section 1505.

Respectfully submitted,

ROBERT PITMAN
UNITED STATES ATTORNEY

BY: ______________________

J. BRANDY GARDES
Assistant U.S. Attorney
Calif. Bar No. 144770
U.S. Attorney Office
700 E. San Antonio, Ste. 200
El Paso, Texas 79901
(915)534-6884

RECEIVED
APR 3 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| Plaintiff, | § | CRIMINAL NO. EP-11-CR-2203-KC |
| | § | |
| v. | § | |
| | § | |
| **OBINNA VINCENT UZOH,** | § | |
| | § | |
| Defendant. | § | |

**WAIVER**

**OBINNA VINCENT UZOH**, Defendant herein, having been advised of the nature of the charges against the Defendant, and of Defendant's rights, hereby waives in open Court prosecution by Indictment and consents that the proceedings may be by Information and hereby acknowledges that the Defendant has been given a copy of said Information before being called upon to plead.

______________________________ ______________________________
**OBINNA VINCENT UZOH** Date
Defendant

______________________________
**MARY STILLINGER,**
Attorney for Defendant

RECEIVED
APR 3 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY DEPUTY CLERK

# UNITED STATES DISTRICT COURT

for the

United States of America
v.
OBINNA VINCENT UZOH

*Defendant*

Case No. EP-11-CR-2203-KC

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: ________________

*Defendant's signature*

*Signature of defendant's attorney*

Mary Stillinger
*Printed name of defendant's attorney*

*Judge's signature*

Kathleen Cardone, United States District Judge
*Judge's printed name and title*