AO 455 (Rev. 01/09) Waiver of an Indictment

RECEIVED APR 3 2012 CLERK, U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS BY DEPUTY CLERK

# UNITED STATES DISTRICT COURT

for the

FILED 2012 APR 11 PM 3:22 CLERK, US DISTRICT COURT WESTERN DISTRICT OF TEXAS BY DEPUTY

United States of America
v.
OBINNA VINCENT UZOH
*Defendant*

Case No. EP-11-CR-2203-KC

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 4/11/12

*Defendant's signature*

*Signature of defendant's attorney*

Mary Stillinger
*Printed name of defendant's attorney*

*Judge's signature*

Kathleen Cardone, United States District Judge
*Judge's printed name and title*